IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. ADAM, et. al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KEN SALAZAR, Secretary of the United States Department of the Interior,<br><br>    Defendant.<br>_____/ | No. C 98-02094 CW<br><br>ORDER REINSTATING AMENDED JUDGMENT IN ITS ENTIRETY (Docket No. 428) |

    On March 21, 2011, the Ninth Circuit issued its judgment reversing and remanding this Court's July 20, 2009 Order, which granted Defendant's motion for relief from the Court's Amended Judgment of April 3, 2009, Docket No. 428, to the extent that the Amended Judgment awarded pre- and post-judgment interest.  On May 23, 2011, the Ninth Circuit's judgment took effect following the issuance of a formal mandate under Rule 41(a) of the Federal Rules of Appellate Procedure.  Accordingly, the Court's Amended Judgment of April 3, 2009 is reinstated in its entirety.  Docket No. 428. The Court's July 20, 2009 Order is void.  Docket No. 437.

    IT IS SO ORDERED.

Dated: 5/25/2011

                                            CLAUDIA WILKEN<br>
                                            United States District Judge

United States District Court<br>
For the Northern District of California